JS -6

Rachael Aguirre (SBN No. 227470)
Counsel
SAG-AFTRA
5757 Wilshire Boulevard, 7th Floor
Los Angeles, California 90036-3600
Telephone:  (323) 549-6628
Facsimile:   (323) 549-6624
rachael.aguirre@sagaftra.org

Attorney for Petitioner
Screen Actors Guild - American Federation
Of Television and Radio Artists

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SCREEN ACTORS GUILD-
AMERICAN FEDERATION OF
TELEVISION AND RADIO
ARTISTS, a non-profit corporation, as
successor-in-interest to SCREEN
ACTORS GUILD, INC., on behalf of
Affected Performers,

       Petitioner,

v.

FORBIDDEN FRUITS
PRODUCTIONS, LLC,

       Respondent.

Case No.  CV12-07087 GW (JCGx)

**JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of petitioner Screen Actors Guild-American Federation of Television and Radio Artists ("Union"), as successor-in-interest to Screen Actors Guild, Inc., came before the Court.

      Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of hearing:

[PROPOSED] JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1.      The arbitration award in favor of Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc., ("SAG-AFTRA") and against Forbidden Fruits Productions, LLC, Union Case No. Nos. 0001213 and 0002548, dated August 16, 2008, is confirmed in all respects.

2.      Forbidden Fruits Productions, LLC is ordered to pay as follows:

    (a)      To Screen Actors Guild-American Federation of Television and Radio Artists, on behalf of affected performers, the sum of $81,891.12;

    (b)      To Screen Actors Guild-American Federation of Television and Radio Artists for its attorney's fees incurred in this action, the sum of $3,200.00; and

    (c)      To Screen Actors Guild-American Federation of Television and Radio Artists for its costs incurred in this action, the sum of $350.00.

3.      Screen Actors Guild-American Federation of Television and Radio Artists is hereby granted an assignment of Forbidden Fruits Productions, LLC's accounts receivable from the distribution, exhibition, exploitation or other use of the motion picture entitled *Forbidden Fruits* anywhere in the world until the amounts due are paid in full.

///
///
///
///
///

[PROPOSED] JUDGMENT

1

2

///

3
       4.       SAG-AFTRA is authorized to engage in any of the remedial actions

4
provided for in the Security Agreement.

5
       5.       The parties are to split the $800.00 fee of the arbitrator.

6

7
Dated:  October 1, 2012

8

9

10
GEORGE H. WU, U.S. District Judge of the
United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28